ACCEPTED
05-17-00696-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/21/2018 11:52 AM
LISA MATZ
CLERK



# HANCE SCARBOROUGH, LLP
## ATTORNEYS AND COUNSELORS AT LAW

V. Blayre Peña
Direct: (512) 487-4004
bpena@hslawmail.com

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
05/21/2018 11:52:40 AM
LISA MATZ
Clerk

May 21, 2018

**Via Electronic Filing**
Lisa Matz, Clerk of the Court
Court of Appeals
Fifth District of Texas at Dallas
600 Commerce Street, #200
Dallas, Texas 75202

Re:     *Kenneth W. Morrison, and Stonecoat of Texas, LLC, Appellants, v. Procal Stone Design, L.L.C., Appellee*; No. 05-17-00696-CV, In the Court of Appeals, Fifth District of Texas at Dallas

TO THE HONORABLE COURT:

This status report is being filed with the Court pursuant to the Order of the Court entered April 18, 2018 in the above identified appeal and is agreed to by all parties. The parties filed a Joint Motion to Stay Proceedings Regarding Confidential Mediated Settlement Agreement on April 18, 2018, and the Court granted the motion and abated the appeal, with the exception of filing additional notices, until July 16, 2018.

The parties reached a confidential oral mediation settlement agreement on April 13, 2018, and the parties are actively involved in finalizing this settlement agreement and continuing to work together regarding multiple documents that must be obtained or completed, and additional actions that must occur. The parties are filing this status report to the Court pursuant to the Court's Order entered April 18, 2018, and will continue to file a status report every thirty days from the date of the Order until a motion to dismiss is filed or the case is reinstated.

Respectfully submitted,

HANCE SCARBOROUGH, LLP
400 W. 15th Street, Suite 950
Austin, Texas 78701
(512) 479-8888 (Telephone)
(512) 482-6891 (Fax)

By: _____
V. Blayre Peña
State Bar No. 24050372
bpena@hslawmail.com

---

400 W. 15th, Suite 950 - Austin, TX 78701 - Tel: (512) 479-8888 - Fax: (512) 482-6891
Other Offices – Washington, D.C.

AGREED TO:

WM. CHARLES BUNDREN & ASSOCIATES LAW GROUP, PLLC
2591 Dallas Parkway, Suite 300
Frisco, Texas 75034
(214) 808-3555 (Telephone)
(972) 624-5340 (Fax)


By:     _/s/ Charles Bundren_____
           Wm. Charles Bundren
           State Bar No. 03343200
           charles@bundrenlaw.net